# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE R. LUNA,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-01104-RCJ-NJK<br><br>ORDER DENYING PROPOSED DISCOVERY PLAN<br><br>(Docket No. 12) |

Pending before the Court is a proposed discovery plan (Docket No. 12) which, for the reasons set forth below, is **DENIED** without prejudice. First, the plan must state the date the first defendant answered or otherwise appeared. Local Rule 26-1(e)(1). The parties fail to do so. Second, Local Rule 26-1(e)(1) establishes 180 days, measured from the date the first defendant answers or otherwise appears, as a presumptively reasonable time to complete discovery. Where more than 180 days of discovery are sought, the proposed discovery plan must state on its face, "SPECIAL SCHEDULING REVIEW REQUESTED" and provide an explanation why the parties believe additional time is required. Local Rule 26-1(d). In this case, Defendant answered on June 11, 2015. Docket No. 5. However, the proposed discovery plan requests a longer discovery period than 180 days without complying with Local Rule 26-1.

. . .

. . .

. . .

1  Accordingly, the proposed discovery plan is hereby **DENIED** without prejudice.  The parties shall
2  submit a revised discovery plan no later than August 4, 2015, that complies with the Local Rules.
3  IT IS SO ORDERED.
4  DATED: July 28, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge