## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE R. LUNA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY an entity licensed to do business in Nevada, *et al.*,<br><br>　　　　　Defendants. | Case No.:  2:15-CV-01104-RCJ-NJK<br><br>**ORDER SETTING HEARING** |

**ORDER IN CHAMBERS**

　　Presently before the Court, is Defendant State Farm Mutual Automobile Insurance Company's Motion for Partial Summary Judgment (ECF #18).  Accordingly,

　　IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, April 15, 2016, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

　　IT IS SO ORDERED this 7th day of January, 2016.

_____
ROBERT C. JONES
District Judge