1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2  Email: Robert.Freeman@lewisbrisbois.com
   DANIELLE C. MILLER, ESQ.
3  Nevada Bar No. 009127
   Email: Danielle.Miller@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *State Farm Mutual Automobile*
   *Insurance Company*
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

12  JOSE R. LUNA,                      CASE NO. 2:15-cv-01104-RCJ-NJK

13            Plaintiff,               **STIPULATION AND ORDER TO DISMISS**
                                       **WITH PREJUDICE**
14       vs.

15  STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY an entity
16  licensed to do business in Nevada; DOES
    1 through 10; XYZ CORPORATIONS 11
17  through 20; and ABC LIMITED LIABILITY
    COMPANIES 21 through 30, inclusive,
18
           Defendants.
19

20        IT IS HEREBY STIPULATED and AGREED between Plaintiff JOSE R. LUNA

21  ("Plaintiff"), by and through his counsel, NETTLES LAW FIRM, and Defendant STATE

22  FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") by and through

23  its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4827-3828-0513.1

1   claims and causes of action against State Farm in the above-entitled action shall be

2   dismissed, with prejudice, each party to bear their own attorney's fees and costs.

3   DATED this 8th day of February, 2017.       DATED this 8th day of February, 2017.

4

5       NETTLES LAW FIRM                    LEWIS BRISBOIS BISGAARD & SMITH LLP

6          */s/ Jon J. Carlston*                    */s/ Danielle C. Miller*
    By: _____        By: _____
7          CHRISTIAN M. MORRIS, ESQ.            ROBERT W. FREEMAN, ESQ.
           Nevada Bar No. 01128                 Nevada Bar No. 003062
8          JON J. CARLSTON, ESQ.                DANIELLE C. MILLER, ESQ.
           Nevada Bar No. 010869                Nevada Bar No. 009127
9          1389 Galleria Drive, Suite 200       6385 S. Rainbow Boulevard, Suite 600
10         Henderson, Nevada 89014              Las Vegas, Nevada 89118
           *Attorneys for Plaintiff*            *Attorneys for Defendant*
11                                              *State Farm Mutual Automobile*
                                                *Insurance Company*
12

13                               **ORDER**

14          IT IS SO ORDERED.

15          Dated:  This 13th day of February, 2017.

16                                          _____
17                              UNITED STATES DISTRICT JUDGE

18   Respectfully Submitted by:

19   LEWIS BRISBOIS BISGAARD & SMITH LLP

20

21   */s/ Danielle C. Miller*
    _____
22       ROBERT W. FREEMAN, ESQ.
         Nevada Bar No. 003062
23       DANIELLE C. MILLER, ESQ.
         Nevada Bar No. 009127
24       6385 S. Rainbow Boulevard, Suite 600
         Las Vegas, Nevada 89118
25       *Attorneys for Defendant State Farm Mutual*
         *Automobile Insurance Company*
26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4827-3828-0513.1                                    2